UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Trevvaun Hunter,

    Plaintiff,

        v.                                     Case No. 1:19cv123

Lt. Jeremy Eaches, *et al.*,                 Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on March 28, 2019 (Doc. 7).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 7) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 7) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, the Complaint (Doc. 1) is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) and 1915A(b)(1), with the exception of Plaintiff's Eighth Amendment claim against defendant Eaches.

**IT IS SO ORDERED.**

                                                        *s/Michael R. Barrett*
                                                     Michael R. Barrett, Judge
                                                     United States District Court