# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Trevvaun Hunter,

    Plaintiff,

        v.　　　　　　　　　　　　　　　　　Case No. 1:19cv123

Lt. Jeremy Eaches, *et al.*,　　　　　　　　　　Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on October 9, 2019 (Doc. 22).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 22) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 22) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, plaintiff's Motion for Leave to Amend and to Merge (Docs. 11, 19) are **DENIED**.

    **IT IS SO ORDERED.**

                                              *s/Michael R. Barrett*
                                              Michael R. Barrett, Judge
                                              United States District Court