IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| TREVVAUN HUNTER, | : | Case No. 1:19-cv-123 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| LT. JEREMY EACHES, | : | |
| Defendant. | : | |

ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 37),
GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS (DOC. 29),
AND TERMINATING CASE

The Court has reviewed the Report and Recommendation (Doc. 37) of United States Magistrate Judge Stephanie K. Bowman, to whom this case is referred pursuant to 28 U.S.C. § 636(b).  As no objection to the Report and Recommendation has been filed and the time to do so has expired, the Court **ADOPTS** the Report and Recommendation in its entirety.  Accordingly, Defendant Lt. Jeremy Eaches's Motion for Judgment on the Pleadings (Doc. 29) is **GRANTED** and the sole remaining claim against him is **DISMISSED WITH PREJUDICE**.  This case shall be **TERMINATED** on the Court's docket.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: ___/s/ Matthew W. McFarland_____
JUDGE MATTHEW W. McFARLAND